**KROVATIN KLINGEMAN LLC**
Gerald Krovatin, Esq.
744 Broad Street, Suite 1903
Newark, New Jersey 07102
(973) 424-9777
*Attorneys for Defendant*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff | Hon. Jose L. Linares, U.S.D.J. |
| v. | Criminal No. 10-00356-00 |
| | ORDER |
| PAUL GREGORY BULTMEYER, | |
| Defendant | |

**THIS MATTER** having been opened to the Court by Krovatin Klingeman LLC, counsel for the defendant, Gerald Krovatin, Esq., appearing, on notice to and with the consent of the United States, Justin W. Arnold, Assistant U.S. Attorney, appearing and it appearing that the defendant has been designated by the Federal Bureau of Prisons to the Metropolitan Detention Center in Brooklyn, New York, and the Court having reviewed defense counsel's letter application dated April 20, 2011, based upon this Court's Judgment Order issued March 18, 2011, and the Court having considered the Bureau of Prisons' designation policies and discretion, and for good cause shown

IT IS on this 21st day of April 2011

**ORDERED** that the judicial recommendation for designation set forth in the Judgment in a Criminal Case dated March 18, 2011 be and it is hereby amended as follows:

1. The Court recommends that the Federal Bureau of Prisons re-designate defendant to the satellite camp at FMC Devens to facilitate treatment of medical and mental health issues of this defendant;

2. The defendant's voluntary surrender date is hereby extended from May 2, 2011 to May 16, 2011;

3. A copy of this Order shall be forwarded forthwith to the United States Marshal's Office, District of New Jersey (Newark Division), and to the United States Probation Office (Newark Office) and in turn both the USMS and the USPO shall deliver a true copy of this order to the Federal Bureau of Prisons, Designation and Sentence Computation Center.

JOSE L. LINARES
United States District Judge