PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Paul Gregory Bultmeyer      Cr.: 10-00356-001
    PACTS #: 54904

Name of Sentencing Judicial Officer:     THE HONORABLE JOSE L. LINARES
                                    CHIEF UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 03/18/2011

Original Offense: Conspiracy to Commit Fraud by Wire.

Original Sentence: 60 months imprisonment, 36 months supervised release

Special Conditions: Mental Health Treatment, New Debt Restrictions, Employment Restriction, $100 Special Assessment, and $8,606,413.36 in Restitution.

Type of Supervision: Supervised Release     Date Supervision Commenced: 09/22/2015

## STATUS REPORT

Mr. Bultmeyer resides in Westwood, New Jersey, and has been self-employed since January 2016. We believe that Mr. Bultmeyer has paid the court-ordered restitution to the best of his financial ability. To date, he has paid $42,024.07 towards the restitution balance. It should be noted that should his term of supervision expire as scheduled, his case will be referred to the U.S. Attorney's Office, Financial Litigation Unit, for the collection of any outstanding criminal monetary penalties.

**Recommendation:** It is respectfully requested that Your Honor take no further action and allow Mr. Bultmeyer's term of supervision to expire as scheduled on September 21, 2018.

                                                 Respectfully submitted,

                                                 *Michelle Siedzik*

                                                 By: Michelle Siedzik
                                                     U.S. Probation Officer Assistant
                                                 Date: 06/07/18

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☑ No Formal Court Action to be Taken at This Time – Supervision to expire on September 21, 2018.

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

_____
Signature of Judicial Officer

6/20/18
_____
Date